# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Darren Lubbe | § |
| | § CIVIL NO: |
| vs. | § AU:18-CV-01011-RP |
| | § |
| Mark Milanovich, Christopher Mulch, Brian Perry, Brandon Negri, Jeoff Williams, Rhonda Fleming, Thomas G. Ruocco, Steven C. McCraw, Manny Flores, A. Cynthia Leon, Jason K. Pulliam, Randy Watson, Steven P. Mach, J. Pete Blair, John Curnutt, Russ Claggett, Marty Adcock, Armando Ramirez, Christopher Brock | § |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, September 20, 2021 at 09:00 AM**.

IT IS SO ORDERED this 10th day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE