IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DARREN LUBBE, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:18-CV-1011-RP |
| MARK MILANOVICH, et al., | | |
| Defendants. | | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Mark Lane's report and recommendation concerning Defendants' Motion for Summary Judgment, (Dkt. 85). (R. & R., Dkt. 94). The Court's Order dismissed with prejudice Plaintiff's claims.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on July 5, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE